# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Qader Sayfudin Abdul Karim ,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                      3:09CV442-MU-02

Lyle Yurko , et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 21, 2009 Order.

                                Signed: October 21, 2009

Frank G. Johns, Clerk
United States District Court